UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARDIT FERIZI,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 23-02250 WHA

**ORDER CONTINUING RESPONSE DEADLINE AND INITIAL CASE MANAGEMENT CONFERENCE**

The Court is in receipt of the parties' stipulated request for an extension of defendant's time to answer or otherwise respond to the complaint (Dkt. No. 15). Defendant's response is now due by **THURSDAY, JULY 27, 2023, AT NOON**. No further extensions will be granted. The initial case management conference is **CONTINUED** to **THURSDAY, SEPTEMBER 14, AT 11 AM** to correspond with any argument on a potential motion to dismiss.

**IT IS SO ORDERED.**

Dated: July 17, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE